UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MANUEL POMPILIO MAYANCELA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIO CARAVIA, Director, CBP Port of ) <br> Boston, Massachusetts, and PETER R. ) <br> FLORES, Acting Commissioner, U.S. ) <br> Border Protection, ) <br> ) <br> Defendants, ) <br> ) | No. 1:25-cv-10668-JEK |

**ORDER ON EMERGENCY MOTION FOR AN ORDER TO SHOW CAUSE**

**KOBICK, J.**

On March 21, 2025, Manuel Pompilio Mayancela filed, through counsel, an emergency petition for a writ of habeas corpus under 28 U.S.C. § 2241 alleging that he has been unlawfully detained by the United States at Boston Logan International Airport, specifically by U.S. Customs and Border Protection ("CPB"), since March 18, 2025, even though he has been lawful permanent resident of the United States for more than 12 years. ECF 1, at 2-3, 7. The petition names Julio Caravia, Director of the Port of Boston for CBP, and Peter Flores, Acting Commissioner of CPB, as respondents. *Id.* at 2. Mayancela alleges that his detention violates the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(13)(C), and his Fifth Amendment due process rights. ECF 1, at 7. Shortly after the filing of the petition, the Court ordered that Mayancela may not be removed from this district without 48 hours' advance notice to the Court of the move and the reason therefor. ECF 4.

Mayancela has also filed an emergency motion for order to show cause, pursuant to 28 U.S.C. § 2243, that the respondents be required to show cause why the petition should not be granted. ECF 5. Upon review of the pleadings, the Court hereby orders:

1. The emergency motion for an order to show cause, ECF 5, is GRANTED.

2. Respondents shall, no later than end of business Tuesday, March 25, 2025, file a return on the order to show cause why the petition for a writ of habeas corpus should not be granted. Mayancela shall have an opportunity to file a reply brief by March 27, 2025. A hearing in this matter will be held on March 28, 2025 at 2:00pm in Courtroom 3.

3. Respondents are reminded that in order to give the Court time to consider the matter, unless otherwise ordered by the Court, Mayancela shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor. Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

4. The Clerk of this Court shall serve a copy of the petition, motion, and this Order upon the respondents and the United States Attorney for the District of Massachusetts by 5:00pm on March 21, 2025, which shall constitute good and sufficient service.

**SO ORDERED.**

/s/ Julia E. Kobick  
JULIA E. KOBICK  
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2025