UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL POMPILIO MAYANCELA,<br><br>       Petitioner,<br><br> v.<br><br>JULIO CARAVIA, Director of the Boston Logan Airport Port of Entry, Customs and Border Protection<br><br>PETER R. FLORES, Acting Commissioner, Customs and Board Protection,<br><br>       Defendants. | Civil Action No. 1:25-CV-10668-JEK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  After this Court issued an Order to show cause on March 21, 2025, the Petitioner was transferred from CBP custody to ICE custody and has been issued a Notice to Appear pursuant to the Immigration and Nationality Act (INA 212 et seq.). As such, the Petitioner may now access the process afforded under that act including, including, if necessary, appellate review as provided in the INA. As such, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Manuel Pompilio Mayancela, through undersigned counsel hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

                           Respectfully Submitted,

                      */s/ Carl Hurvich/s/*

                      Carl Hurvich (BBO # 698179)
                      Brooks Law Firm
                      10 High Street
                      Suite 3
                      Medford, MA 02155
                      617-245-8090
                      Carl@brookslawfirm.com
                      *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, on March 25, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3).

<u>*/s/Carl Hurvich*</u>
*Attorney for Plaintiff*

2